COURT OF APPEALS









COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS

 




 
 
  
 ERNESTO
 POBLANO,
  
                             Appellant,
  
 v.
  
 THE STATE OF
 TEXAS,
  
                             Appellee.
 
 
  
 '
  
 '
  
 '
  
 '
  
 '
 
 
  
 No. 08-03-00529-CR
  
 Appeal from the
  
 41st District Court
  
 of El Paso County, Texas
  
 (TC#20030D02688)
 
 




 

MEMORANDUM
OPINION

On December 30, 2003, this Court gave
notice to appellant that it appears there was no appealable
order or judgment entered by the trial court and therefore this Court lacks
jurisdiction.  This Court gave appellant
until January 16, 2004 to show grounds for continuing the appeal, or this Court
would dismiss for want of jurisdiction. 
This Court has not received a response. 
Therefore, the case is hereby dismissed for want of jurisdiction.

SUSAN
LARSEN, Justice

February 12, 2004

 

Before Panel No. 1

Larsen, McClure, and Chew,
JJ.

 

(Do Not Publish)